**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF JULY 29, 2014**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD76631 | Vicki Speace vs. Division of Employment Security |
| WD76691 | Kimberly Young vs. Division of Employment Security |
| WD76692 | Consolidated with WD76691 |
| WD76693 | Consolidated with WD76691 |
| WD76866 | Jeff  D. Lopez vs. Missouri Department of Corrections |
| WD76944 | Timothy O. White vs. State of Missouri |
| WD77009 | Becky Sue Martinez vs. Damian J. Martinez |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

None